Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Catherine Crass Mccause | Chapter 13 Case Number: 14-41026-RLE13 |
| Debtors(s) | |

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of July 10, 2018, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on March 10, 2014 and confirmed by the Court, have been paid.

DATE: August 02, 2018

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee