```
United States Bankruptcy Court
Northern District of California

In re:                                                                    Case No. 14-41026-RLE
Catherine Crass McCause                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: awong2                Page 1 of 3            Date Rcvd: Oct 19, 2018
                              Form ID: pdfntcal           Total Noticed: 91


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db             +Catherine Crass McCause,    1510 Kittie Lane,    Martinez, CA 94553-4246
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,   Oakland, CA 94612-1463
cr             +Fay Servicing, LLC,    939 W. North Avenue Suite 680,    Chicago, IL 60642-1231
cr             +US Bank Trust National Association as Trustee of t,    The Law Offices of Michelle Ghidotti,
                 1920 Old Tustin ave.,    Santa Ana, CA 92705-7811
cr             +Wells Fargo Bank, N.A.,    Pite Duncan, LLP,    c/o Robert P. Zahradka,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13637401       +Accounts Receivable Technologies,    1 Woodbridge Center #410,    Woodbridge NJ 07095-1151
13637408        American Express,    PO Box 26312,   Lehigh Valley PA 18002-6312
13741761        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13743151        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13622029       +American Revenue Mgt,    675 Hegenberger Rd Ste 2,    Oakland, CA 94621-1973
13622030       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13637411       +Capital One Bank (USA), N.A.,    c/o Law Offices of Patenaude & Felix,
                 4545 Murphy Canyon Rd., 3rd Fl.,    San Diego CA 92123-4363
13622041       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13622040       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13622043       +Continental Credit Ctr,    22 N Milpas St Ste C,    Santa Barbara, CA 93103-3300
13637414       +Contra Costa Pathology Associates,    P.O. Box 1440,    Suisun City CA 94585-4440
13638967       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14482806       +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,   Carrollton, TX 75006-3357
13622047       +Fresn Cb Col,   757 L Street P O Box 942,     Fresno, CA 93721-2904
13637418       +Fulton, Friedman & Gullace, LLP,    2151 Salvio St. #W,    Concord CA 94520-2466
13637421      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,   SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. Christensen & Associates, Inc.,     PO Box 519,
                 Sauk Rapids MN 56379)
13637422       +Krista L. White & Associates, P.S.,    700 Ygnacio Valley Rd. #360,    Walnut Creek CA 94596-8225
13622052        Macysdsnb,   911 Duke Blvd,    Mason, OH 45040
13622053       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13713787       +NCB Management Services, Inc.,    1 Allied Dr.,    Trevose PA 19053-6945
13622055        Nco Fin/35,   Po Box 41726,    Philadelphia, PA 19101
13637424       +Northland Group, Inc.,    PO Box 390846,    Minneapolis MN 55439-0846
13622057       +Operating Engineers Lo,    250 N Canyons Pkwy,    Livermore, CA 94551-9470
13622058       +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville, CA 95688-3645
13622059        Sears/Cbna,   133200 Smith Rd,    Cleveland, OH 44130
13622060       +Sears/Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
14209953       +Shadowbrook,   c/o Pro Solutions,    2101 West 10th Street Suite C,    Antioch, CA 94509-1369
13637425       +Shadowbrook Homeowners Association,    c/o Pro Solutions,    PO Box 311,
                 Pittsburg CA 94565-0311
13622061       +Stanisccontr,   914 14th St Pob 480,    Modesto, CA 95353-0480
13637427        TMS,   PO Box 707601,   Tulsa OK 74170-7601
13622062       +Talbots,   175 Beal Street,    Hingham, MA 02043-1512
13637428       +U.S. Attorney General,    Civil Trial Sec. Western,    PO Box 683 Ben Franklin,
                 Washington, DC 20044-0683
13637429       +United States Attorney's Office,    Attn: Chief Tax Division,    450 Golden Gate Ave. 10th,
                 San Francisco, CA 94102-3661
13637430        Vital Recovery Services, Inc.,    PO Box 923748,    Norcross, GA 30010-3748
13770103       +WELLS FARGO BANK, NA,    ATTN:BANKRUPTCY DEPARTMENT MAC#T7416-023,    4101 WISEMAN BLVD.,
                 SAN ANTONIO, TEXAS 78251-4200
13769837       +Wells Fargo Bank, N.A., s/b/m to Wachovia,    Wells Fargo Bank, N.A.,
                 Attn: Bankruptcy Department,    4101 Wiseman Blvd,    MAC# T7416-023 San Antonio, TX 78251-4200
13622064       +Wfhm,   4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Oct 20 2018 02:13:02      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,   Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 20 2018 02:13:34      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,   Sacramento, CA  95812-2952
smg             E-mail/Text: USCBNotices@cdtfa.ca.gov Oct 20 2018 02:13:36      State Board of Equalization,
                 Collection Dept.,    P.O. Box 942879,   Sacramento, CA  94279
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2018 02:08:57
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2018 02:09:32
                 BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2018 02:13:14      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD, MN  56302-9617
cr              E-mail/Text: bknotices@snsc.com Oct 20 2018 02:13:29      SN Servicing Corporation,
                 323 Fifth Street,    Eureka, CA  95502
13637410        E-mail/Text: legal@arsnational.com Oct 20 2018 02:13:00      ARS,   P.O. Box 463023,
                 Escondido CA 92046-3023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13638186         +E-mail/Text: rperez@arcadiarecovery.com Oct 20 2018 02:13:11      Accounts Recovery Bureau Inc.,
                  c/o CBSJ Financial Corp.,    1735 N 1st St. #250,    San Jose CA 95112-4531
13622028         +E-mail/Text: bkr@cardworks.com Oct 20 2018 02:12:44      Advanta,    Po Box 9217,
                  Old Bethpage, NY 11804-9017
13632065          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2018 02:24:27
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
13637409         +E-mail/Text: JOY@MYARMTEAM.COM Oct 20 2018 02:13:33      American Revenue Management, Inc.,
                  PO Box 2122,    Oakland CA 94621-0022
13635970         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 20 2018 02:13:05      Asset Acceptance LLC,
                  P.O. Box 2036,    Warren Mi 48090-2036
13622031         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 20 2018 02:13:05      Asset Acceptance Llc,
                  Po Box 1630,    Warren, MI 48090-1630
13622035          E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 20 2018 02:09:16      Bmw Financial Services,
                  5515 Parkcenter Cir,    Dublin, OH 43017
13659706         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2018 02:08:57
                  BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
13622033         +E-mail/Text: bknotices@bankofthewest.com Oct 20 2018 02:13:12      Bank Of The West,
                  2527 Camino Ramon,    San Ramon, CA 94583-4213
13622034         +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 20 2018 02:08:58      Bmw Fin Svc,
                  Po Box 3608,    Dublin, OH 43016-0306
13622036         +E-mail/Text: rperez@arcadiarecovery.com Oct 20 2018 02:13:11      C B S J,
                  1735 North  First Suite 250,    San Jose, CA 95112-4531
13637426          E-mail/Text: USCBNotices@cdtfa.ca.gov Oct 20 2018 02:13:36      State Board of Equalization,
                  P.O. Box 942879,    Sacramento CA 94279
13622037         +E-mail/Text: bankruptcy@cavps.com Oct 20 2018 02:13:16      Cavalry Portfolio Serv,
                  Po Box 27288,    Tempe, AZ 85285-7288
13710422         +E-mail/Text: bankruptcy@cavps.com Oct 20 2018 02:13:16      Cavalry SPV II, LLC,
                  Assignee of GE Money Bank/,    PayPal Dual Card,    500 Summit Lake Drive, Ste 400,
                  Valhalla, NY 10595-2321
13622038         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2018 02:13:01      Cb/Talbots,
                  Po Box 182789,    Columbus, OH 43218-2789
13622039          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2018 02:13:01      Cb/Vicscrt,
                  Po Box 182128,    Columbus, OH 43218-2128
13637412          E-mail/Text: jessicajones@cpcrecovery.com Oct 20 2018 02:13:23      Central Portfolio Control,
                  6640 Shady Oak Rd., #300,    Eden Prairie MN 55344-7710
13622042         +E-mail/Text: compliance@chaserec.com Oct 20 2018 02:13:31      Chase Receivables,
                  1247 Broadway,    Sonoma, CA 95476-7503
13637413         +E-mail/Text: compliance@chaserec.com Oct 20 2018 02:13:31      Contra Costa Path Associates,
                  c/o Chase Receivables,    1247 Broadway,    Sonoma CA 95476-7503
13622044         +E-mail/Text: customerservice@e-ccsinc.com Oct 20 2018 02:13:20      Credit Consulting Svc,
                  Po Box 5879,    Salinas, CA 93915-5879
13631673          E-mail/Text: mrdiscen@discover.com Oct 20 2018 02:12:47      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13622045         +E-mail/Text: mrdiscen@discover.com Oct 20 2018 02:12:47      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
13637416         +E-mail/Text: itcdbg@edd.ca.gov Oct 20 2018 02:13:02      EDD,    C/O Bankruptcy Group MIC 92E,
                  PO Box 826880,    Sacramento CA 94280-0001
13622046         +E-mail/Text: bknotice@ercbpo.com Oct 20 2018 02:13:09      Enhancrcvrco,    8014 Bayberry Rd,
                  Jacksonville, FL 32256-7412
13697819          E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 20 2018 02:13:34      FRANCHISE TAX BOARD,
                  BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
13637417          E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 20 2018 02:13:34      Franchise Tax Board,
                  PO Box 942867,    Sacramento CA 94267-1111
13622048         +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 02:09:30      Gecrb/Jcp,    Po Box 965007,
                  Orlando, FL 32896-5007
13622049          E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 02:08:56      Gecrb/Jcp,    Po Box 984100,
                  El Paso, TX 79998
13622050         +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 02:09:13      Gecrb/Mervyns,    Po Box 965005,
                  Orlando, FL 32896-5005
13622051         +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 02:08:56      Gecrb/Ppxtrm,    Po Box 965005,
                  Orlando, FL 32896-5005
13637420          E-mail/Text: cio.bncmail@irs.gov Oct 20 2018 02:12:54      Internal Revenue Service,
                  PO Box 7346,    Philadelphia PA 19101-7346
13653863          E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2018 02:13:15      Jefferson Capital Systems LLC,
                  Purchased From Global Acceptance Credit,    Po Box 7999,    Saint Cloud Mn 56302-9617
13637423         +E-mail/Text: ebn@ltdfin.com Oct 20 2018 02:13:10      LTD Financial Services, LP,
                  7322 Southwest Freeway #1600,    Houston TX 77074-2134
13622054         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 02:13:07      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13622056         +E-mail/Text: bnc@nordstrom.com Oct 20 2018 02:12:51      Nordstrom Fsb,    Po Box 6555,
                  Englewood, CO 80155-6555
13630540         +E-mail/Text: bnc@nordstrom.com Oct 20 2018 02:12:52      Nordstrom fsb,    P.O. Box 6566,
                  Englewood, CO 80155-6566
13680275          E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2018 02:13:03
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13646081          E-mail/Text: appebnmailbox@sprint.com Oct 20 2018 02:13:06      Sprint,    Attn Bankruptcy Dept,
                  PO Box 7949,    Overland Park KS 66207-0949
```

```
District/off: 0971-4           User: awong2              Page 3 of 3            Date Rcvd: Oct 19, 2018
                               Form ID: pdfntcal         Total Noticed: 91
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13622063        +E-mail/Text: ben.ribeiro@eos-cca.com Oct 20 2018 02:12:47      True North,
                 100 Wood Hollow Dr # 200,   Novato, CA 94945-1204
14702716        +E-mail/Text: bknotices@snsc.com Oct 20 2018 02:13:29
                 US Bank Trust National Association as Trustee,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka CA 95501-0305
13637431        +E-mail/Text: jennifer.galan@wellsfargo.com Oct 20 2018 02:13:22      Wells Fargo Home Mortgage,
                 4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
                                                                                              TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr*             +Shadowbrook,    c/o Pro Solutions,    2101 West 10th Street Suite C,   Antioch, CA 94509-1369
13637432*       +Wfhm,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
13637407       ##+Alpha Recovery Corp.,    5660 Greenwood Plaza Blvd.#101,    Englewood CO 80111-2417
13622032       ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
13637415       ##+Convergent Outsourcing, Inc.,    10750 Hammerly Blvd., #200,    Houston TX 77043-2317
13637419        ##Fulton, Friedman & Gullace, LLP,    PO Box 2123,   Warren MI 48090-2123
                                                                                 TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
```
              Martha G. Bronitsky    13trustee@oak13.com
              Michelle R. Ghidotti-Gonsalves    on behalf of Creditor    US Bank Trust National Association as
               Trustee of the SCIG Series III Trust mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
              Robert P. Zahradka    on behalf of Creditor    Wells Fargo Bank, N.A. caecf@tblaw.com
              Stan E. Riddle    on behalf of Debtor Catherine Crass McCause sr4law.stan@gmail.com,
               sriddlecalendar@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  
    CATHERINE CRASS MCCAUSE

Debtor(s)

Case No. 14-41026-RLE13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2014.

2) The plan was confirmed on 05/20/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2014.

5) The case was completed on 05/08/2018.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $647,245.00.

10) Amount of unsecured claims discharged without payment: $38,174.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $126,274.98 |
| Less amount refunded to debtor | $8,471.86 |

**NET RECEIPTS:** $117,803.12

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,086.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $11,586.27

Attorney fees paid and disclosed by debtor:   $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECOVERY BUREAU INC | Unsecured | 355.00 | 620.31 | 620.31 | 620.31 | 0.00 |
| AMERICAN INFOSOURCE / MIDLAND | Unsecured | 5,678.00 | 5,677.94 | 5,677.94 | 5,677.94 | 0.00 |
| AMERICAN REVENUE MGT | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 21,063.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 20,150.00 | 20,213.40 | 20,213.40 | 20,213.40 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 8,698.00 | 8,698.74 | 8,698.74 | 8,698.74 | 0.00 |
| BECKET AND LEE LLP | Unsecured | NA | 11,731.36 | 11,731.36 | 11,731.36 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 0.00 | 5,106.80 | 5,106.80 | 5,106.80 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 5,107.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV II LLC | Unsecured | 3,935.00 | 3,934.64 | 3,934.64 | 3,934.64 | 0.00 |
| CB/TALBOTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA - SEARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA - SEARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA - SEARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL CREDIT CTR | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONSULTING SVC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK DB SERVICING COI | Unsecured | 7,389.00 | 7,389.15 | 7,389.15 | 7,389.15 | 0.00 |
| EDD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Secured | NA | 12,846.57 | 12,846.57 | 0.00 | 0.00 |
| Fresn Cb Col | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/MERVYNS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GECRB/PPXTRM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 903.00 | 903.67 | 903.67 | 903.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 2,594.07 | 2,594.07 | 2,594.07 | 0.00 |
| MCYDSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCYDSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES | Unsecured | 13,922.00 | 13,922.26 | 13,922.26 | 13,922.26 | 0.00 |
| Nco Fin/35 | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 865.00 | 864.94 | 864.94 | 864.94 | 0.00 |
| OPERATING ENGINEERS LO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PATENAUDE & FELIX APC | Unsecured | 8,744.00 | NA | NA | 0.00 | 0.00 |
| PRO SOLUTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC/COMENITY | Unsecured | 110.00 | 110.92 | 110.92 | 110.92 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHADOWBROOK C/O PRO SOLUTION | Secured | 23,837.25 | 23,837.25 | 23,837.25 | 23,837.25 | 0.00 |
| SN SERVICING CORP | Secured | NA | 2,071.43 | 2,071.43 | 0.00 | 0.00 |
| SPRINT CORP / BANKRUPTCY DEPT | Unsecured | 611.00 | 611.40 | 611.40 | 611.40 | 0.00 |
| Stanisccontr | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| STATE BOARD OF EQUALIZATION | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TALBOTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUE NORTH | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| TRUE NORTH | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WFHM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,071.43 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $36,683.82 | $23,837.25 | $0.00 |
| **TOTAL SECURED:** | **$38,755.25** | **$23,837.25** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$82,379.60** | **$82,379.60** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $11,586.27 |
| Disbursements to Creditors | $106,216.85 |
| **TOTAL DISBURSEMENTS** : | **$117,803.12** |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/18/2018                  By: /s/ Martha G. Bronitsky
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 18th day of October, 2018.

| | |
|---|---|
| CATHERINE CRASS MCCAUSE<br>1510 KITTIE LANE<br>MARTINEZ, CA  94553 | STAN E RIDDLE ATTY<br>546 - 60TH STREET #B<br>OAKLAND, CA  94609 |

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  October 18, 2018 | /s/ Trustee Martha G. Bronitsky<br>Trustee Martha G. Bronitsky<br>Chapter 13 Trustee<br>PO Box 5004<br>Hayward, CA  94540 |